# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WELLNESS BRANDS, LLC,

    Plaintiff,

v.                                    Case No: 8:23-cv-543-CEH-JSS

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4 and JOHN DOE 5,

    Defendants.
_____

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 27), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Review of the docket reveals that Defendants have not filed an answer or a motion for summary judgment. Accordingly, this case is dismissed without prejudice by operation of Rule 41(a)(1)(A)(i).

The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on February 19, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties